UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DUAYNE BROWER, | Case No. 1:16-cv-582 |
| Plaintiff, | Judge Timothy S. Black |
| | Magistrate Judge Karen L. Litkovitz |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 17)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on August 14, 2017, submitted a Report and Recommendation. (Doc. 17). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety. Accordingly, **IT IS ORDERED** that the decision of the Commissioner regarding Plaintiff's disability status be **REVERSED AND REMANDED** for further proceedings consistent with the Report and Recommendation (Doc. 17).

On remand, the Administrative Law Judge should (1) re-weigh the evidence as to all of Plaintiff's severe impairments; (2) re-weigh the medical opinions of record; (3) reassess Plaintiff's RFC and credibility, and (4) pose an appropriate hypothetical or hypotheticals to a vocational expert after properly assessing Plaintiff's residual functional capacity.

The Clerk shall enter Judgment accordingly, whereupon this case shall be **TERMINATED** in this Court.

**IT IS SO ORDERED.**

Date: 9/22/17

_Timothy S. Black_
Timothy S. Black
United States District Judge